# ELECTRONIC RECORD

CCA #   09-13-00216-CR                          OFFENSE:   Evading Arrest

STYLE:  Jefferson Andrew Lykins
        v. The State of Texas                    PUNISHMENT:  life

                                                 COUNTY:   Montgomery

TRIAL COURT:        410th District Court                              MOTION
TRIAL COURT #:      13-03-02353 CR               FOR REHEARING IS:
TRIAL COURT JUDGE:  Judge K. Michael Mayes       DATE:
DISPOSITION:        AFFIRMED AS MODIFIED          JUDGE:

DATE:       09-24-14

JUSTICE:    HOLLIS HORTON        PC   NO   S   YES
PUBLISH:    NO                   DNP:   YES

CLK RECORD:    07-03-13                  SUPP CLK RECORD:
RPT RECORD:    09-09-13                  SUPP RPT RECORD:
STATE BR:      12-16-13                  SUPP BR:
APP BR:        10-16-13; 02-19-14        PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**                    CCA # __1390-14__

----------------------

___PRO SE___ Petition                    Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

___REFUSED___                            JUDGE: _____

DATE: __02/04/2015__                     SIGNED: _____    PC: _____

JUDGE: __Per Curiam__                    PUBLISH: _____   DNP: _____

----------------------

_____ MOTION FOR REHEARING IN     MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____          _____ ON _____

JUDGE: _____                   JUDGE: _____